# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                February 22, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01913-RPM

DEBORAH K. MERRICK,                                           Donald W. Bounds

      Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,                           Courtney B. Kramer
                                                              Gillian M. Fahlsing
      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:56 p.m.**        **Court in session.**

Court's preliminary remarks and statement of undisputed facts.

2:03 p.m.        Argument by Ms. Kramer.
2:18 p.m.        Argument by Mr. Bounds.
2:28 p.m.        Rebuttal argument by Ms. Kramer.

Court makes oral findings of fact and conclusion of law as stated on record.

**ORDERED:    CCSD's Motion for Summary Judgment [17], is granted.**

**2:30 p.m.        Court in recess.**

Hearing concluded. Total time: 34 min.