**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No. 11-cv-01913-RPM

DEBORAH K. MERRICK,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

    Pursuant to the oral findings made at the hearing held today on the defendant's motion for summary judgment and the conclusion that the plaintiff's submission of proposed evidence is not sufficient to establish that the denial of the promotions was pretextual and that the district was motivated by either age or gender discrimination it is

    ORDERED that the defendant's motion for summary judgment is granted and the clerk will enter judgment dismissing this civil action.

    DATED  February 22nd, 2013

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                           Richard P. Matsch, Senior District Judge