IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01913-RPM

DEBORAH K. MERRICK,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, signed by Senior District Judge Richard P. Matsch on February 22, 2012, it is

ORDERED that Defendant's Motion for Summary Judgment, filed November 19, 2013 [17], is granted, and it is

FURTHER ORDERED judgment is entered in favor of defendant Cherry Creek School District No. 5, and against plaintiff Deborah K. Merrick, and it is

FURTHER ORDERED that defendant Cherry Creek School District No. 5 shall have its costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.  It is

FURTHER ORDERED the Complaint and this civil action are dismissed.

DATED at Denver, Colorado, February 22nd, 2013

                                        FOR THE COURT:
                                      Jeffrey P. Colwell, Clerk

                                          s/J. Chris Smith
                                  By _____
                                          Deputy Clerk